UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SARATOGA ADVANTAGE TRUST TECHNOLOGY & COMMUNICATIONS PORTFOLIO,<br><br>  Plaintiff,<br><br>  v.<br><br>MARVELL TECHNOLOGY GROUP, LTD., SEHAT SUTARDJA, WEILI DAI, JUERGEN GROMER, JOHN G. KASSAKIAN, ARTURO KRUEGER, RANDHIR THAKUR, MICHAEL RASHKIN, SUKHI NAGESH, and DOES 1-50,<br><br>  Defendants. | Case No. 5:15-cv-04881-RMW<br><br>[PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE AND CONTINUING HEARING DATE ON DEFENDANT MARVELL TECHNOLOGY GROUP, LTD.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(1), 12(B)(6), AND 9(B) OR, IN THE ALTERNATIVE, TO STAY THE ACTION |

1    Having reviewed the Stipulation Extending Briefing Schedule and Continuing Hearing
2    Date on Defendant Marvell Technology Group, Ltd.'s Motion to Dismiss Plaintiff's Complaint
3    Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6), and 9(b) or, in the Alternative, to Stay the Action,
4    and good cause appearing,

5    IT IS HEREBY ORDERED that Saratoga shall file and serve its opposition to Marvell's
6    motion to dismiss on or before February 19, 2016.  Marvell shall file and serve its reply in
7    support of its motion to dismiss on or before March 4, 2016.   The hearing on Marvell's motion to
8    dismiss currently set for February 26, 2016 (ECF No. 31) is continued until March 25, 2016 at
9    9:00 a.m.

11    IT IS SO ORDERED.

13    DATED: __February 5_____, 2016   *Ronald M. Whyte*
14    THE HONORABLE RONALD M. WHYTE
         United States Senior District Judge

-1-   Case No. 5:15-cv-04881-RMW
[PROPOSED] ORDER RE BRIEFING SCHEDULE AND HEARING DATE ON MOTION TO DISMISS