UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SARATOGA ADVANTAGE TRUST TECHNOLOGY & COMMUNICATIONS PORTFOLIO,<br><br>              Plaintiff,<br><br>     v.<br><br>MARVELL TECHNOLOGY GROUP, LTD., SEHAT SUTARDJA, WEILI DAI, JUERGEN GROMER, JOHN G. KASSAKIAN, ARTURO KRUEGER, RANDHIR THAKUR, MICHAEL RASHKIN, SUKHI NAGESH, and DOES 1-50,<br><br>              Defendants. | CASE NO. 5:15-cv-04881-RMW<br><br>**[PROPOSED] ORDER CONTINUING THE AUGUST 19, 2016 INITIAL CASE MANAGEMENT CONFERENCE** |

1    Having reviewed the Stipulation to Continue the August 19, 2016 Initial Case Management
2 Conference, and good cause appearing,
3    IT IS HEREBY ORDERED the Initial Case Management Conference currently set for
4 August 19, 2016 (ECF No. 29) is continued until September 30, 2016 at 10:30 a.m.

   IT IS SO ORDERED.

DATED:    8/5/2016            *Ronald M. Whyte*
                              THE HONORABLE RONALD M. WHYTE
                              United States Senior District Judge